**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Hospital of Savannah, LLC, | Case No. 25-_____(___) |
| Debtor. | (Joint Administration Requested) |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Holder | Approximate Percentage of Shares Held |
|---|---|
| Landmark Holdings of Florida, LLC | 99% |