**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Landmark Holdings of Florida, LLC, | Case No. 2:25-bk-00397 |
| | Jointly Administered With |
| Landmark Management Services of Florida, LLC, | Case No. 2:25-bk-00398 |
| Landmark Rehabilitation Hospital of Columbia, LLC, | Case No. 2:25-bk-00399 |
| Landmark Hospital of Athens, LLC, | Case No. 2:25-bk-00400 |
| Landmark Hospital of Cape Girardeau, LLC, | Case No. 2:25-bk-00401 |
| Landmark Hospital of Columbia, LLC, | Case No. 2:25-bk-00402 |
| Landmark Hospital of Joplin, LLC, | Case No. 2:25-bk-00403 |
| Landmark Hospital of Savannah, LLC, | Case No. 2:25-bk-00404 |
| Debtors.[1] | |

**GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES
REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Landmark Holdings of Florida, LLC and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (each, a "Debtor," and collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Middle District of Florida (the "Court"). The Debtors prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Landmark Holdings of Florida, LLC (1217); Landmark Management Services of Florida, LLC (7031); Landmark Rehabilitation Hospital of Columbia, LLC (5424); Landmark Hospital of Athens, LLC (2745); Landmark Hospital of Cape Girardeau, LLC (1155); Landmark Hospital of Columbia, LLC (5424); Landmark Hospital of Joplin, LLC (9493); and, Landmark Hospital of Savannah, LLC (8003).

Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") are incorporated by reference herein, and comprise an integral part of the Debtors' respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of These Chapter 11 Cases and "As of" Information Date**.  On March 9, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  To the best of the Debtors' knowledge, the information included in the Schedules and Statements is presented as of the Petition Date, unless otherwise indicated.

2. **General Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements.  However, inadvertent errors or omissions may exist.  Additionally, the Schedules and Statements contain significant unaudited information.  The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including to (a) amend them with respect to any claim (each, a "Claim") description or designation; (b) dispute or otherwise assert offsets or defenses to any Claim as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, security, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of (i) liability, or (ii) amounts due or owing, if any, by the Debtors.  Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action including those arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.

3. **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles and are not intended to reconcile fully to any financial statements prepared by the Debtors.  Additionally, the Schedules and Statements reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

4. **Book Value**.  Except as otherwise noted, each asset and liability is shown at net book value in accordance with each Debtor's accounting books and records.  Therefore, the Schedules and Statements are not based on any estimate of the current market values of the Debtors' assets and liabilities unless otherwise noted herein.

5. **Litigation**.  The inclusion of any Litigation Action ("Litigation Action") in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action, the amount of any related potential claim, or the amount and treatment of any potential claim resulting from any Litigation Action pending or that may arise.

6. **First Day Orders**.  Pursuant to various "first day" orders (each, a "First Day Order," and collectively, the "First Day Orders") entered by the Court, the Debtors and their estates are authorized to (a) pay certain prepetition wages, salaries, employee benefits, expenses, and other compensation, and (b) honor prepetition obligations related to existing refund programs, including the Debtors' extended repayment schedules ("ERS") with the Centers for Medicare & Medicaid Services.  To the extent certain prepetition Claims were paid or other prepetition obligations honored pursuant to the relief granted by the First Day Orders, such Claims have been omitted from the Schedules and Statements.  Additionally, certain Claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders or other orders of the Court.

7. **Intercompany Payables and Receivables.**  The operation of the Debtors' cash management system gives rise to certain intercompany payables and receivables between individual Debtors.  Schedules A/B and E/F, respectively, set out the gross balance of each payable and receivable between each party.  The listing by each Debtor of any account between a Debtor and another affiliate reflects the balances in the Debtors' books and records.  It does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

8. **Executory Contracts and Unexpired Leases**.  The Debtors have not included executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtors' estates.  Rather, the Debtors have included executory contracts and unexpired leases solely on Schedule G.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  The inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the item, or an admission as to the existence or validity of any Claims held by the counterparty to such contract.

9. **Employees**.  The Debtors' executed a Corporate Professional Employer Organization ("CPEO") agreement with ADP TotalSource ("TotalSource") in March 2024.  Pursuant to the CPEO agreement, TotalSource manages certain of the Debtors' employee benefits programs and provides employees and employee payroll services to the Debtors.  Debtor Landmark Management Services of Florida, LLC ("LMS") executed the CPEO agreement on behalf of all Debtors with employees subject to the CPEO arrangement.  Accordingly, the Debtors have listed all TotalSource contracts on only LMS's Schedule G.  All payments related to Employee obligations, excluding to certain third party and independent contractor personnel, are remitted by the Debtors to TotalSource.  TotalSource contracts directly with all benefit providers except

3

for the Debtor-sponsored 401K plan which is administered by Landmark Holdings of Florida, LLC ("LHF").

10. **Insiders**.  The listing of a party as an "insider" or the inclusion of transactions with any party designated as such in the Schedules and Statements is not intended to be a legal characterization of such party as an insider or reflect any legal conclusions made by the Debtors and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

11. **Accounts Payable and Disbursement Systems**.  The Debtors maintain a centralized cash management system to collect and disburse funds in the ordinary course.  A description of the cash management system is set forth in the Debtors' Cash Management Motion filed at Docket No. 23.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

### A.      Schedule A/B – Real and Personal Property

**Item 3.  Accounts Receivable:** The Debtors record receivables from various payors including Medicare, Medicaid, Medicare Advantage, Commercial insurers and Other parties.  The Debtors pursue collection of all accounts but are not assured payment for various reasons.  To estimate the Current Value of the Debtors' Interests in their Accounts Receivable ("A/R"), the Debtors used the A/R aging closest to the Petition Date, the report dated March 18, 2025, and made adjustments to approximate the March 9, 2025, gross balance.  The Debtors netted estimates of Doubtful or Uncollectible accounts against the gross balances to arrive at the estimated Current Value.  The Debtors reserve all rights to pursue any accounts which may have been included in the estimate of Doubtful or Uncollectible amounts.

**Item 74.  Causes of Action**: Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their respective causes of action or potential causes of action against third parties as assets in Schedule A/B, Part 11, Item 74, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws.  The Debtors and their estates reserve all rights with respect to any Claims and causes of action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and cause of action.

### B.      Schedule D – Creditors Who Have Claims Secured by Property

The Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of the Debtors.  Moreover, although the Debtors may have scheduled Claims of various creditors as secured Claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.

### C.      Schedule E/F – Creditors Who Have Unsecured Claims

***Part 2:    Creditors Holding Non-Priority Unsecured Claims***.  While the Debtors have used reasonable efforts to list all general unsecured Claims, additional Claims may exist.

The amounts listed on Schedule E/F do not reflect any rights of setoff or recoupment, and the Debtors reserve all rights to assert any such setoff or recoupment rights.

Schedule E/F does not include rejection damage Claims of the counterparties to the executory contracts that may be rejected, to the extent such damage Claims exist.

### D.      Schedule G – Executory Contracts

The Debtors reserve all rights to dispute the validity, status, or enforceability of any contract or agreement set forth in Schedule G.  The contracts and agreements listed on Schedule G may have expired or been modified, amended, or supplemented by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract, without respect to whether such agreement, instrument, or other document is listed thereon.

In the ordinary course of business, and in connection with the proposed sale process, the Debtors may have entered into confidentiality agreements.  To the extent that such confidentiality agreements constitute executory contracts, they are not listed individually on Schedule G.

### SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

**General.** Several Statements require dates of service for individual's employment.  For any entry without a "to" date, the individual remains employed by the Debtors.

**Statement 3.** LMS made a $600K payment to its insurance broker, Arthur J Gallagher, on 1/16/2025 from Amerant account 5906.  The payment was returned and redeposited on 1/30/2025 to Landmark Amerant account 5706.  While there was no net disbursement, the Debtors have included the payment in Statement 3 to disclose all disbursements in the 90-day period.

The detail herein includes 890 cash transfers totaling $36,455,871.65 between Debtors as part of the Debtors' ordinary course business operations.  As described in further detail in the Debtors' cash management motion, the Debtors maintain a centralized cash management system, but account for any intercompany transfers in their books and records.  Disbursements to third parties are therefore overstated by the amount of any such intercompany transfer.

**Statement 11.**  Debtor, LHF made certain payments related to bankruptcy within 1 year before the filing of these cases.  While those payments and the services of the professional firms were for the benefit of all Debtors, the transfers are detailed on LHF's SOFA only.

**Statement 13.**  LMS houses the senior leadership team that provides healthcare management services to each of the Debtors.  All compensation and related disbursements for such management personnel are made through LMS.

**Statement 25.**  LHF held an interest in Landmark Hospital of Salt Lake City, LLC ("LHSLC") C4252 Birkhill Blvd., Murray, UT 84107.  LHSLC was dissolved on 4/20/2019 and has no ongoing operations.

**Statement 30**.  Unless otherwise indicated in a Debtors' specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.


***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

Debtor name ___Landmark Hospital of Savannah, LLC___

United States Bankruptcy Court for the: ___Middle District of Florida___

(State)

Case number (If known): ___2:25-bk-00404___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ......................................................

$ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................

$ _____ 6,591,098.84

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................

$ _____ 6,591,098.84

---

**Part 2:**   **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .................................

$ _____ 31,286,816.42

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................................

$ _____ 8,041.72

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................................

+$ _____ 13,966,393.50

4. **Total liabilities** ...............................................................................................................................................
    Lines 2 + 3a + 3b

$ _____ 45,261,251.64

**Fill in this information to identify the case:**

Debtor name __Landmark Hospital of Savannah, LLC__

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): __2:25-bk-00404__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 11.77

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Montgomery Bank | Checking | 0  5  6  8 | $ 81,461.49 |
| 3.2. | See continuation sheet | | | $ 67,861.75 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 149,335.01

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. Deposit held by Sila (Leased Property) | $ 379,936.70 |
| 7.2. Deposits held by Utilities | $ 22,405.00 |

Debtor    Landmark Hospital of Savannah, LLC
Name

Case number *(if known)* 2:25-bk-00404

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Rent to Sila (Landlord)    $ 108,965.33

8.2. See continuation sheet    $ 91,197.86

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 602,504.89

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

     **Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   3,267,088.42  −  4,466.99  = ........➔   $ 3,262,621.43
     face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   8,051,931.66  −  6,424,818.05  = ........➔   $ 1,627,113.61
     face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 4,889,735.04

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

     **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

15.1. _____   _____%    _____    $_____

15.2. _____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor _____Landmark Hospital of Savannah, LLC_____    Case number *(if known)* __2:25-bk-00404__
     Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> Medical Supplies | 02/28/2025 <br> MM / DD / YYYY | 44,717.05 <br> $_____ | _____ | 44,717.05 <br> $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

                                                  $ 44,717.05

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Landmark Hospital of Savannah, LLC
_____
Name

Case number *(if known)* 2:25-bk-00404

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computer Hardware / Software | $ 31,271.10 | _____ | $ 31,271.10 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 31,271.10

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Landmark Hospital of Savannah, LLC                              Case number *(if known)*  2:25-bk-00404
          Name

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | | $ _____ |
| 48.2 _____ | $ _____ | | $ _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | | $ _____ |
| 49.2 _____ | $ _____ | | $ _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Medical and Other Healthcare Related Equipment

| | | | |
|---|---|---|---|
| | $ 507,988.41 | | $ 507,988.41 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $ 507,988.41

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

Debtor  Landmark Hospital of Savannah, LLC  _____    Case number *(if known)* 2:25-bk-00404
_____    Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Rental Property at 800 E 68th St. Savannah, GA 31405 | Lessee | $ 0.00 | | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>Domains, IP, Trademarks, Etc. | $_____ | _____ | Unknown<br>$_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor    Landmark Hospital of Savannah, LLC
Name

Case number *(if known)* 2:25-bk-00404

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

- ☑ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

- ☑ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    0.00    —    0.00    = ➜    $ 0.00
Total face amount    doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____    $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

**76. Trusts, equitable or future interests in property**

_____    $_____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

InterCo Receivable due from Landmark Hospital of Joplin, LLC    $ 15,132.02

Receivable due from Landmark Hospitals of Southwest Florida, Ll    $ 350,415.32

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 365,547.34

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes

---

Debtor    Landmark Hospital of Savannah, LLC                              Case number *(if known)*    2:25-bk-00404
Name

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 149,335.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 602,504.89 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 4,889,735.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 44,717.05 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 31,271.10 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 507,988.41 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 365,547.34 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 6,591,098.84 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................  6,591,098.84    $ 6,591,098.84

| Debtor 1 | Landmark Hospital of Savannah, LLC | | Case number (if known) |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| Montgomery Bank | Checking | 1766 |
| Balance: 0.00 | | |
| Montgomery Bank | Checking | 6413 |
| Balance: 0.00 | | |
| Amerant | Checking | 1306 |
| Balance: 67,861.75 | | |
| Citizens Bank | Checking | 6513 |
| Balance: 0.00 | | |

**8) Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| General description | Current value |
|---|---|
| Prepaid Maintenance | $1,697.57 |
| Prepaid Other | $64,470.29 |
| Prepaid Insurance | $25,030.00 |

**Fill in this information to identify the case:**

Debtor name _____ Landmark Hospital of Savannah, LLC

United States Bankruptcy Court for the: __Middle District of Florida__

Case number (If known): ___2:25-bk-00404___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**
**Creditor's name**
Amerant Bank, N.A.

**Describe debtor's property that is subject to a lien**
All Assets

$ 31,286,816.42    $ Undetermined

**Creditor's mailing address**
220 Alhambra Cir
Miami, FL 33144

**Creditor's email address, if known**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
**Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____    $_____

**Creditor's mailing address**

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$ 31,286,816.42

Debtor    Landmark Hospital of Savannah, LLC
_____
          Name

Case number (*if known*)_____2:25-bk-00404_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |
|  | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor Landmark Hospital of Savannah, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number 2:25-bk-00404
(if known)

☐ Check if this is an
 amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | **Priority creditor's name and mailing address**<br>CHATHAM COUNTY TAX COMMISIONER<br>PO BOX 117037<br>ATLANTA, GA 30368-7037<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Taxes & Other Government Units<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $ 8,041.72 | $ 8,041.72 |
| **2.2** | **Priority creditor's name and mailing address**<br><br><br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address**<br><br><br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** _____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor    Landmark Hospital of Savannah, LLC                                     Case number (if known) 2:25-bk-00404
_____
         Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3M
2807 PAYSPHERE CIR
CHICAGO, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

$ 10,659.84

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 2,500.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 550.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 5,137.50

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
[REDACTED]
[REDACTED]

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Patient refund

$ 1,955.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
ADVANTIS MEDICAL STAFFING LLC
20 SUNNYSIDE AVE STE E
MILL VALLEY, CA 94941

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Trade payable

$ 87,587.03

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page 2 of 27

Debtor    Landmark Hospital of Savannah, LLC
Name

Case number *(if known)* 2:25-bk-00404

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7    Nonpriority creditor's name and mailing address**

AIRGAS USA, LLC.
PO BOX 734672
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 24,529.57

**3.8    Nonpriority creditor's name and mailing address**

ALLIED-CERTIFIED MEDICAL WASTE
2600 W EXECUTIVE PARKWAY STE 300
LEHI, UT 84043

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 7,180.47

**3.9    Nonpriority creditor's name and mailing address**

ALLY HEALTHCARE STAFFING
103B ATLANTA ROAD
GRAY, GA 31032

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 50,099.60

**3.10    Nonpriority creditor's name and mailing address**

AMAZON CAPITAL SERVICES
PO BOX 035184
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 166.62

**3.11    Nonpriority creditor's name and mailing address**

AMERICAN PROF INSTITUTE
DEPARTMENT 9526
PO BOX 30516
LANSING, MI 48909

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 1,083.00

---

Debtor __Landmark Hospital of Savannah, LLC__ Case number (*if known*) __2:25-bk-00404__
     Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 12   **Nonpriority creditor's name and mailing address**

APPLICHAT LIMITED
7 LAPWING PARK
NEWTOWNARDS, UK

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 406.60

---

**3.** 13   **Nonpriority creditor's name and mailing address**

AT&T
PO BOX 105262
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,057.10

---

**3.** 14   **Nonpriority creditor's name and mailing address**

BAXTER HEALTHCARE CORP
PO BOX 70564
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 964.65

---

**3.** 15   **Nonpriority creditor's name and mailing address**

BRADDY ENTERPRISES, LLC
PO BOX 6566
SAVANNAH, GA 31414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 990.00

---

**3.** 16   **Nonpriority creditor's name and mailing address**

CARDINAL HEALTH
MEDICAL PRODUCTS
PO BOX 70539
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,934.20

---

Debtor    Landmark Hospital of Savannah, LLC _____    Case number *(if known)* 2:25-bk-00404
     Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.17** **Nonpriority creditor's name and mailing address**

CARDIOLOGY ASSOC OF
SAVANNAH, LLC
11700 MERCY BLVD PLAZA D #6
SAVANNAH, GA 31419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,041.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** **Nonpriority creditor's name and mailing address**

CAREFUSION SOLUTIONS LLC
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,253.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** **Nonpriority creditor's name and mailing address**

CAROLINA SPEECH PATHOLOGY LLC
130 SALEM TOWNE COURT
APEX, NC 27502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 395.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** **Nonpriority creditor's name and mailing address**

CE-TECH OF JACKSONVILLE, INC
PO BOX 2580
JACKSONVILLE, FL 32203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,831.42

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.21** **Nonpriority creditor's name and mailing address**

CENTRAL EMS
PO BOX 661017
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,734.28

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor _____Landmark Hospital of Savannah, LLC_____  Case number _(if known)_ __2:25-bk-00404__
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

CHAMPION FIRE PROTECTION, INC
825 WHEATON ST
SAVANNAH, GA 31401

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 270.00

---

**3.** 23    **Nonpriority creditor's name and mailing address**

CHECKR INC
1 MONTGOMERY ST, SUITE 2400
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 577.50

---

**3.** 24    **Nonpriority creditor's name and mailing address**

CHESTER PAUL COMPANY
1210 N RED GUM ST
ANAHEIM, CA 92806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 753.89

---

**3.** 25    **Nonpriority creditor's name and mailing address**

CITY OF SAVANNAH
REVENUE DEPT
PO BOX 1968
SAVANNAH, GA 31402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 941.85

---

**3.** 26    **Nonpriority creditor's name and mailing address**

COALITION OF LONG-TERM ACUTE
CARE HOSPITALS
21351 GENTRY DRIVE SUITE 210
STERLING, VA 20171

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,125.43

---

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) 2:25-bk-00404 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.**27  **Nonpriority creditor's name and mailing address**

COASTAL ICE MACHINES, INC
2711 WHATLEY AVE
SAVANNAH, GA 31404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 799.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.**28  **Nonpriority creditor's name and mailing address**

COASTAL MEDICAL STAFFING
1536 FORDING ISLAND ROAD
SUITE 108
HILTON HEAD ISLAND, SC 29926

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 8,097.69

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**29  **Nonpriority creditor's name and mailing address**

CONCORDANCE HEALTHCARE SOLUTIO
85 SHAFFER PARK
TIFFIN, OH 44883

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 3,688.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.**30  **Nonpriority creditor's name and mailing address**

CONNECTED HEALTH CARE, LLC
PO BOX 9487
TYLER, TX 75711

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 95,800.48

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.**31  **Nonpriority creditor's name and mailing address**

CONNECTRIA, LLC
10845 OLIVE BLVD.
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 2,916.85

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Landmark Hospital of Savannah, LLC _____    Case number (if known) 2:25-bk-00404
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 32  **Nonpriority creditor's name and mailing address**

CONSOLIDATED CONTRACTING
AND CONSULTING, INC
10094 FERGUSON AVE
SAVANNAH, GA 31406

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 412.31

---

**3.** 33  **Nonpriority creditor's name and mailing address**

D & D LABORATORY, LLC
201 C TOWERS DR
PO BOX 49682
GREENWOOD, SC 29649

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 444.00

---

**3.** 34  **Nonpriority creditor's name and mailing address**

DATOTEL LLC
710 N TUCKER
SAINT LOUIS, MO 63101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 758.08

---

**3.** 35  **Nonpriority creditor's name and mailing address**

DIGITAL 1 GROUP, LLC
112 EMERALD STAR LANE
LAFAYETTE, LA 70506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 763.32

---

**3.** 36  **Nonpriority creditor's name and mailing address**

DOCTEGRITY
3308 PRESTON ROAD 350-205
PLANO, TX 75093

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 699.38

---

Debtor    Landmark Hospital of Savannah, LLC
_____
Name

Case number *(if known)* 2:25-bk-00404

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

DRFIRST.COM, INC
8420 KEY WEST AVE, SUITE 101
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 912.60

---

**3.** 38  **Nonpriority creditor's name and mailing address**

DT INTERPRETING
PO BOX 65
PEWAUKEE, WI 53072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 30.58

---

**3.** 39  **Nonpriority creditor's name and mailing address**

FAVORITE HEALTHCARE STAFFING
PO BOX 26225
OVERLAND PARK, KS 66225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,400.59

---

**3.** 40  **Nonpriority creditor's name and mailing address**

FOOD MANAGEMENT GROUP INC
70 JESSE DUPONT HWY
BURGESS, VA 22432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 113,053.87

---

**3.** 41  **Nonpriority creditor's name and mailing address**

FUKUDA DENSHI
BLDG C
17725 NE 65TH ST BLD
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,383.33

---

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* 2:25-bk-00404 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

GA DEPT OF COMM HEALTH
DIV OF FIN. MGT.
2 PEACHTREE ST. NW
ATLANTA, GA 30303

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medicaid Provider Fee

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 435,881.91

**3.43** Nonpriority creditor's name and mailing address

GAS SOUTH
3625 CUMBERLAND BLVD STE 1500
ATLANTA, GA 30339

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,346.78

**3.44** Nonpriority creditor's name and mailing address

GENIE HEALTHCARE, INC
50 MILLSTONE ROAD, BUILDING 100
SUITE 100
EAST WINDSOR, NJ 08520

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 131,222.40

**3.45** Nonpriority creditor's name and mailing address

GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 22,290.31

**3.46** Nonpriority creditor's name and mailing address

GORDON FOOD SERVICE
PO BOX 88029
CHICAGO, IL 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 19,430.70

Debtor    Landmark Hospital of Savannah, LLC
                Name                                              Case number *(if known)* 2:25-bk-00404

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

GROVE MEDICAL
1089 PARK WEST BLVD
GREENVILLE, SC 29611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,671.14

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.48** Nonpriority creditor's name and mailing address

HAMILTON MEDICAL, INC.
201 EDISON WAY
UNIT A
RENO, NV 89502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,314.92

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.49** Nonpriority creditor's name and mailing address

HEALTH CARE LOGISTICS
PO BOX 400
CIRCLEVILLE, OH 43113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 636.47

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.50** Nonpriority creditor's name and mailing address

HEALTH CARE SYSTEM
5755 CARMICHAEL PARKWAY
MONTGOMERY, AL 36117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,274.70

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.51** Nonpriority creditor's name and mailing address

HILL-ROM INC
PO BOX 643592
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 121,944.57

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Landmark Hospital of Savannah, LLC
          Name

Case number (if known) 2:25-bk-00404

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.**52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 1,423.10 |
|---|---|---|---|

HOVERTECH INTERNATIONAL
4482 INNOVATION WAY
ALLENTOWN, PA 18109

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.**53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 12,905.00 |
|---|---|---|---|

HUNTER, MACLEAN, EXLEY & DUNN
200 EAST SAINT JULIAN STREET
SAVANNAH, GA 31401

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.**54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 524.20 |
|---|---|---|---|

IDZ, LLC (ID ZONE)
5830 NW 163RD ST
MIAMI LAKES, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.**55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 4,000.00 |
|---|---|---|---|

INDEED, INC
177 BROAD STREET
STAMFORD, CT 06901

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.**56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $ 1,046.40 |
|---|---|---|---|

INOVALON PROVIDER, INC
100 N 6TH STREET SUITE 900A
MINNEAPOLIS, MN 55403

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Landmark Hospital of Savannah, LLC
Name

Case number (if known)    2:25-bk-00404

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 57   **Nonpriority creditor's name and mailing address**

INTELLAPRO, LLC
9800 4TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,798.56

---

**3.** 58   **Nonpriority creditor's name and mailing address**

J&R FULLER, LLC
DBA PHARMACARE SERVICES
713 4TH ST
BLANCO, TX 78606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 951,714.36

---

**3.** 59   **Nonpriority creditor's name and mailing address**

JACKSON NURSE PROFESSIONALS
3452 LAKE LYNDA DRIVE
ORLANDO, FL 32817

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 123,649.13

---

**3.** 60   **Nonpriority creditor's name and mailing address**

JH LANDSCAPE MANAGEMENT
128 EGRETS WAY LANE
RICHMOND HILL, GA 31324

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.** 61   **Nonpriority creditor's name and mailing address**

JSC SYSTEMS, INC.
PO BOX 551629
JACKSONVILLE, FL 32255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,946.02

---

Debtor    Landmark Hospital of Savannah, LLC
          Name

Case number *(if known)* 2:25-bk-00404

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62  **Nonpriority creditor's name and mailing address**

KCI USA INC
PO BOX 301557
DALLAS, TX 75303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

$ 20,627.98

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 63  **Nonpriority creditor's name and mailing address**

LANDMARK HOSPITAL OF ATHENS, LLC
775 SUNSET DRIVE
ATHENS, GA 30606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

$ 22,213.45

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 64  **Nonpriority creditor's name and mailing address**

LANDMARK HOSPITAL OF CAPE GIRARDEAU, LLC
3255 INDEPENDENCE ST.
CAPE GIRARDEAU, MO 63701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

$ 289,044.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 65  **Nonpriority creditor's name and mailing address**

LANDMARK HOSPITAL OF COLUMBIA, LLC
604 OLD HWY 63N.
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

$ 6,695.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 66  **Nonpriority creditor's name and mailing address**

LANDMARK MANAGEMENT SERVICES OF FLORIDA, LLC
5153 BLUEBONNET
SUITE B
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** InterCo transactions

$ 10,146,236.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Landmark Hospital of Savannah, LLC
_____    Case number (if known) 2:25-bk-00404
Name

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.67** Nonpriority creditor's name and mailing address

LOWCOUNTRY MEDICAL LINENS
PO DRAWER 549
BRUNSON, SC 29911

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 34,854.16

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

LOWCOUNTRY MEDICAL RESPONSE
127 COUNTRY WALK CIRCLE
SAVANNAH, GA 31419

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 18,341.72

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69** Nonpriority creditor's name and mailing address

LRS HEALTHCARE LLC
2655 NORTHWINDS PARKWAY
ALPHARETTA, GA 30009

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 77,568.04

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.70** Nonpriority creditor's name and mailing address

MARVEL MEDICAL STAFFING, LLC
9394 WEST DODGE ROAD
SUITE 300
OMAHA, NE 68114

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 9,705.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

MCKESSON MEDICAL SURGICAL
9954 MAYLAND DR SUITE 4000
RICHMOND, VA 23233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 3,626.34

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* 2:25-bk-00404 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 72   **Nonpriority creditor's name and mailing address**

MED E QUIP LOCATORS, INC
325 LEFFINGWELL AVE
KIRKWOOD, MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 32,168.54

---

**3.** 73   **Nonpriority creditor's name and mailing address**

MED ONE EQUIPMENT RENTAL
10712 SOUTH 1300 E
SANDY, UT 84094

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 50,144.98

---

**3.** 74   **Nonpriority creditor's name and mailing address**

MEDICAL BUSINESS CONSULTANTS
11605 SOUTHFORK AVE - STE B
BATON ROUGE, LA 70816

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,520.70

---

**3.** 75   **Nonpriority creditor's name and mailing address**

MEDLINE INDUSTRIES, INC
DEPT CH 14400
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 156,205.78

---

**3.** 76   **Nonpriority creditor's name and mailing address**

MELE PRINTING COMPANY, LLC
619 NORTH TYLER STREET
COVINGTON, LA 70433

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 57.24

---

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77** Nonpriority creditor's name and mailing address

MEMORIAL HEALTH UNIVERSIT
4700 WATERS AVE
SAVANNAH, GA 31404

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 81,638.05

---

**3.78** Nonpriority creditor's name and mailing address

MERCY AMBULANCE SERVICE INC.
1399 DEAN FOREST RD
SAVANNAH, GA 31405

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,340.00

---

**3.79** Nonpriority creditor's name and mailing address

MICROAGE
15210 S. 50TH STREET, SUITE 180
PHOENIX, AZ 85044

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 617.94

---

**3.80** Nonpriority creditor's name and mailing address

NETWORK IMAGING SYSTEMS, INC.
8100 ARROWRIDGE BLVD STE C
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,435.00

---

**3.81** Nonpriority creditor's name and mailing address

NOVA BIOMEDICAL CORPORATION
200 PROSPECT ST
WALTHAM, MA 02453

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,066.86

---

Debtor    Landmark Hospital of Savannah, LLC _____    Case number (if known) 2:25-bk-00404 _____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** Nonpriority creditor's name and mailing address

NUANCE COMMUNICATIONS
PO BOX 2561
CAROL STREAM, IL 60132

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,726.00

---

**3.83** Nonpriority creditor's name and mailing address

NURSEPRO PLUS, LLC
PO BOX 549
DELLSLOW, WV 26531

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,900.00

---

**3.84** Nonpriority creditor's name and mailing address

OTIS ELEVATOR CO
PO BOX 73579
CHICAGO, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,267.65

---

**3.85** Nonpriority creditor's name and mailing address

OUIDA FRY V. LANDMARK HOSPITAL OF
SAVANNAH, LLC, ATLANTIC RADIOLOGY
ASSOCIATES, LLC, BRIAN HELMY, M.D.,
MASOOD AHMED, M.D., SOUTHEAST LUNG &
CRITICAL CARE SPECIALISTS, P.C., JAMES
ALLEN MEADOWS, III, M.D., AND JOHN DOES
2-10.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Pending litigation

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.86** Nonpriority creditor's name and mailing address

OUTSET MEDICAL, INC
3052 ORCHARD DR
SAN JOSE, CA 95134

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 46,695.91

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 18 of 27

Debtor    Landmark Hospital of Savannah, LLC _____    Case number (if known) 2:25-bk-00404
                  Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

PERFORMANCE HEALTH SUPPLY
STE 700
28100 TORCH PKWY
WARRENVILLE, IL 60555

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,512.54

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.88** Nonpriority creditor's name and mailing address

PITNEY BOWES INC.
PO BOX 371896
PITTSBURGH, PA 15250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 128.37

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.89** Nonpriority creditor's name and mailing address

PLANSOURCE BENEFITS ADMIN INC
PO BOX 932330
ATLANTA, GA 31193

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,876.90

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.90** Nonpriority creditor's name and mailing address

PROLINK HEALTHCARE, LLC
4600 MONTGOMERY RD, SUITE 300
CINCINNATI, OH 45212

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 64,356.32

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**3.91** Nonpriority creditor's name and mailing address

RABEY ELECTRIC CO, INC
PO BOX 23978
SAVANNAH, GA 31403

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,214.68

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Debtor  Landmark Hospital of Savannah, LLC _____  Case number _(if known)_ 2:25-bk-00404
         Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

RED DRESS USA, INC
DEPT CH 18177
PALATINE, IL 60055

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,530.00

---

**3.93** Nonpriority creditor's name and mailing address

RICOH, USA INC
PO BOX 660342
DALLAS, TX 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,097.35

---

**3.94** Nonpriority creditor's name and mailing address

SANDBERG PHOENIX & VON GONTARD
PO BOX 66726
ST. LOUIS, MO 63166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,195.50

---

**3.95** Nonpriority creditor's name and mailing address

SAVANNAH CHATHAM IMAGING
PO BOX 3042
INDIANAPOLIS, IN 46206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,252.35

---

**3.96** Nonpriority creditor's name and mailing address

SAVANNAH RESPONSE MEDICS, LLC
9 WHITE PINE CT
SAVANNAH, GA 31406

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,083.06

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* 2:25-bk-00404 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

SLICED HEALTH
151 E MARIETTA ST. SUITE D
CANTON, GA 30114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,800.00

---

**3.98** **Nonpriority creditor's name and mailing address**

SMH INNOVATIONS LLC
POOLER PKWY PMB
POOLER, GA 31322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,776.80

---

**3.99** **Nonpriority creditor's name and mailing address**

SOUTH WESTERN COMM INC
4871 ROSEBUD LANE
NEWBURGH, IN 47630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 487.50

---

**3.100** **Nonpriority creditor's name and mailing address**

SOUTHEAST LUNG ASSOCIATES
PO BOX 15119
SAVANNAH, GA 31416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 24,500.00

---

**3.101** **Nonpriority creditor's name and mailing address**

ST JOSEPHS/CANDLER HEALTH
GREG SCHAAK
5353 REYNOLDS STREET
SAVANNAH, GA 31405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 199,622.00

---

Debtor    Landmark Hospital of Savannah, LLC                    Case number (if known) 2:25-bk-00404
         Name

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.**102 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $21.40 |
| STAPLES ADVANTAGE<br>DEPT DET<br>PO BOX 660409<br>DALLAS, TX 75266 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

| | |
|---|---|
| **3.**103 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $170.80 |
| STERICYCLE INC<br>PO BOX 6582<br>CAROL STREAM, IL 60197 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

| | |
|---|---|
| **3.**104 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $12,333.21 |
| STRYKER SALES LLC<br>1901 ROMENCE RD PKWAY<br>PORTAGE, MI 49002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

| | |
|---|---|
| **3.**105 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $536.74 |
| SUPPLY CHAIN SOLUTIONS<br>200 FIRST STREET SW<br>ROCHESTER, MN 55905 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

| | |
|---|---|
| **3.**106 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $40,593.75 |
| SUWANNEE MEDICAL PERSONNEL<br>817 NW 56TH TERRACE, SUITE A<br>GAINESVILLE, FL 32605 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Basis for the claim:** Trade payable |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |
| Last 4 digits of account number _____ | |

Debtor  Landmark Hospital of Savannah, LLC
Name

Case number (if known) 2:25-bk-00404

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.107** Nonpriority creditor's name and mailing address

TFG BILLING LLC
19614 S MUIRFIELD CIRCLE
BATON ROUGE, LA 70810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 69,773.15

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

**3.108** Nonpriority creditor's name and mailing address

TFG COST REPORTS, LLC
ALEXIS FREEMAN
19614 SOUTH MUIRFIELD CIRCLE
BATON ROUGE, LA 70810

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 8,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

**3.109** Nonpriority creditor's name and mailing address

TRAILHEAD MEDIA, LLC
401 CENTRAL AVENUE
LAUREL, MS 39440

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 9,288.89

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

**3.110** Nonpriority creditor's name and mailing address

TRI-ANIM HEALTH SERVICES
25197 NETWORK PLACE
CHICAGO, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 415.76

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

**3.111** Nonpriority creditor's name and mailing address

UPRIGHT HEALTHCARE WORKFORCE
2330 SCENIC HWY S STE 652
SNELLVILLE, GA 30078

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade payable

$ 38,340.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred

Last 4 digits of account number

Debtor     Landmark Hospital of Savannah, LLC          Case number *(if known)* 2:25-bk-00404
           Name

---

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 112 **Nonpriority creditor's name and mailing address**

UPTODATE
230 3RD AVE
WALTHAM, MA 02451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,081.46

---

**3.** 113 **Nonpriority creditor's name and mailing address**

US MED-EQUIP, INC
PO BOX 4339
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,239.03

---

**3.** 114 **Nonpriority creditor's name and mailing address**

VAN DE VEN, LLC
PO BOX 1090
CAPE GIRARDEAU, MO 63702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,896.25

---

**3.** 115 **Nonpriority creditor's name and mailing address**

VAPOTHERM
PO BOX 933438
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,019.81

---

**3.** 116 **Nonpriority creditor's name and mailing address**

VELOCITY ACCOUNTS RECEIVABLE
6936 SPRING VALLEY, DR.
HOLLAND, OH 43528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,607.82

---

Debtor  Landmark Hospital of Savannah, LLC
        Name

Case number (*if known*) 2:25-bk-00404

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 117  **Nonpriority creditor's name and mailing address**

VENOPS, INC
1395 SOUTH MARIETTA PKWY,
BLDG 400 STE 104
MARIETTA, GA 30067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,666.65

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 118  **Nonpriority creditor's name and mailing address**

VERATHON INC
PO BOX 935117
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,218.26

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 119  **Nonpriority creditor's name and mailing address**

WELLSKY CORPORATION
11300 SWITZER ROAD
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,254.82

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 120  **Nonpriority creditor's name and mailing address**

WELLSKY HCS
PO BOX 204176
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,048.51

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 121  **Nonpriority creditor's name and mailing address**

WILLSCOT
4646 E VAN BUREN ST. SUITE 400
PHOENIX, AZ 85008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 654.03

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor    Landmark Hospital of Savannah, LLC
Name

Case number *(if known)* 2:25-bk-00404

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122   **Nonpriority creditor's name and mailing address**

YATES ASTRO
PO BOX 23313
SAVANNAH, GA 31403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,304.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 123   **Nonpriority creditor's name and mailing address**

YP HEALTHCARE SOLUTIONS
600 PARK OFFICES DRIVE, SUITE 300
DURHAM, NC 27709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,090.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor   Landmark Hospital of Savannah, LLC                      Case number (if known) 2:25-bk-00404
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|--|
| 5a. **Total claims from Part 1** | 5a. | $ | 8,041.72 |
| 5b. **Total claims from Part 2** | 5b. | **+** $ | 13,966,393.50 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,974,435.22 |

**Fill in this information to identify the case:**

Debtor name  Landmark Hospital of Savannah, LLC

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):  2:25-bk-00404          Chapter  11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Fire Protection<br>Purchaser | ACE Technologies<br>7428 Sonny Rogers Blvd<br>Hahira, GA, 31632 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Quality Improvement Organization<br>Purchaser | Acentra<br>1600 Tysons Blvd<br>Suite 1600<br>McLean, VA, 22102 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing<br>Purchaser | Advantis Medical<br>13155 Noel Rd<br>Suite 300<br>Brashear, TX, 75420 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Oxygen & Medical Gases<br>Purchaser | Airgas USA, LLC<br>2015 Vaughn Road<br>Suite 400<br>Kennesaw, GA, 30144 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing<br>Purchaser | Alliance Healthcare Solutions<br>18201 Von Karman Ave<br>Ste 600<br>Irvine, CA, 92612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Physicist Survey of Radiology Equipment Purchaser | Alliance Medical Physics 2500 Abbey Court Alpharetta, GA, 30004 |
| | **State the term remaining** **List the contract number o any government contract** | Auto Renewal | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Healthcare Staffing Purchaser | Ally Healthcare Staffing 103B Atlanta Road Gray, GA, 31032 |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Healthcare Staffing Purchaser | Amergis (Maxim) Healthcare Services 6425 Powers Ferry Rd NW Suite 200 Snellville, GA, 30039 |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Radiologists- Image Reports Purchaser | Atlantic Radiology Associates P.O. Box 14185 Savannah, GA, 31416 |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Kangaroo Pumps Purchaser | Cardinal Health |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transport Purchaser | Central EMS 7701 Waters Ave Savannah, GA, 31416 |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospital Accreditation Purchaser | Center For Improvement in Health care Quality (CIHQ) P.O. Box 1540 Mexia, TX, 76667 |
| | **State the term remaining** **List the contract number of any government contract** | Auto Renewal | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Purchaser | Coastal Medical Staffing 168 Boardwalk Dr Ridgeland, SC, 29936 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Purchaser | Connected Healthcare 1408 e 13TH St Austin, TX, 78702 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Medical Director - Ethics Purchaser | Costrini, Anthony, MD 55 Island1us Retreat Savannah, GA, 31406 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Limited English Proficiency Interpreters Purchaser | DT Over-The-Phone Interpreting N25W23131 Paul Rd Suite 900 Pewaukee, WI, 53072 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Portable X-ray Service Purchaser | Excel Imaging Solutions 7300 Cessna Dr. Greensboro, NC, 27409 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | Food Services Purchaser | Food Management Services 11770 Haynes Bridge Rd #538 Shawnee Mission, KS, 66212 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | Applied Learning Experience Purchaser | GA Southern RN Training MOU 1332 Southern Dr Statesboro, GA, 30458 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** Healthcare Staffing Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Genie Healthcare<br>50 Millstone Rd<br>Bld100 Suite 100<br>Hightstown, NJ, 08520 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** Corneal Tissue OPO Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Georgia Eye Bank<br>5605 Glenridge Dr<br>Suite 250<br>Atlanta, GA, 30342 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** GIP Hospice Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Georgia Hospice Care<br>7130 Hodgson Memorial Dr<br>Savannah, GA, 31406 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** GIP Hospice Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | GHC Hospice Savannah<br>C/O Agape Care Group, 187 N. Church St., STE 201<br>Spartanburg, SC, 29306 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** Patient Transport Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Greco Transport<br>300 Rose St B<br>Augusta, GA, 30907 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** Healthcare Staffing Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | IntellaPro<br>9800 4th Street North<br>Suite 200<br>Saint Petersburg, FL, 33702 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** Healthcare Staffing Purchaser<br><br>**State the term remaining** Auto Renewal<br><br>**List the contract number of any government contract** | Jackson Nurse Professionals<br>2301 Lucien Way<br>Suite 325<br>Maitland, FL, 32751 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number o any government contract** | Garbage Pick up<br>Purchaser<br><br>Auto Renewal | Repubic Services<br>84 Clifton Blved<br>Savannah, GA, 31408 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Patient Transfer<br>Purchaser<br><br>Auto Renewal | Saint Joseph's/Candler health System, Inc<br>11705 Mercy Blvd<br>Savannah, GA, 31419 |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Healthcare Staffing<br>Purchaser<br><br>Auto Renewal | Interim Healthcare<br>2370 Vineville Ave<br>Macon, GA, 31201 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Patient Transport<br>Purchaser<br><br>376 days | Johnson & Johnson Transport<br>1703 East 36th St.<br>Savannah, GA, 31404 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Medical Director - Nephrology<br>Purchaser<br><br>Auto Renewal | Kumjian, Dana, MD<br>1115 Lexington Avd.<br>Savannah, GA, 31404 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Dosimeters-Radiation Monitoring<br>Purchaser<br><br>Auto Renewal | Landauer<br>P.O Box 809051<br>Chicago, IL, 60680 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Medical Director - Hospital<br>Purchaser<br><br>Auto Renewal | Leammerhirt, Georg, MD<br>5 Half Penny Circle<br>Savannah, GA, 31411 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (*if known*) | 2:25-bk-00404 |
|--------|-----------------------------------|--------------------------|---------------|
|        | Name                              |                          |               |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Organ Procurement Organization Purchaser | Lifelink of Georgia 2875 Northwoods Parkway Norcross, GA, 30071 |
| | **State the term remaining** | Auto Renewal | |
| | **List the contract number o any government contract** | | |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Healthcare Staffing Purchaser | Marvel Medstaff PO Box 61 Boys Town, NE, 68010 |
| | **State the term remaining** | Auto Renewal | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Linens Purchaser | Low Country Medical Linens PO Box 549 20 S. Main Street Brunson Brunson, SC, 29911 |
| | **State the term remaining** | Auto Renewal | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Shredding Purchaser | Shred It 259 N Radnor Chester Rd Wayne, PA, 19087 |
| | **State the term remaining** | Month-to-Month | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Ultrasound Services Purchaser | Larry, Darien 4740 Sylvan Dr. Savannah, GA, 31405 |
| | **State the term remaining** | 298 days | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Patient Transport Purchaser | Low Country Medical Response 127 Country Walk Circle Savannah, GA, 31419 |
| | **State the term remaining** | Auto Renewal | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Pharmaceutical Services Purchaser | Pharmacare 713 4th St. Blanco, TX, 78606 |
| | **State the term remaining** | Auto Renewal | |
| | **List the contract number of any government contract** | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Ancillary and Clinical Services Purchaser<br><br>Auto Renewal | Saint Joseph's/Candler health System, Inc<br>11705 Mercy Blvd<br>Savannah, GA, 31419 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Healthcare Staffing Purchaser<br><br>Auto Renewal | LRS Healthcare<br>1120 n. 103rd Plaza<br>Suite 300<br>Omaha, NE, 68114 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Healthcare Staffing Purchaser<br><br>Auto Renewal | Medsource Staffing Agency<br>925 Peachtree St NE<br>Atlanta, GA, 30309 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Ancillary and Clinical Services Purchaser<br><br>Auto Renewal | Memorial Hospital<br>4700 Waters Avenue<br>Savannah, GA, 31404 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Medical Director - Pathology Purchaser<br><br>Auto Renewal | Merced, Dalia, MD<br>14 Leehall Dr.<br>Savannah, GA, 31419 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | CT Maintenance & Repair Purchaser<br><br>Auto Renewal | Network Imaging Systems<br>8100 Arrowridge Boulevard<br>Suite C<br>Charlotte, NC, 28273 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Central PICC Line Insertion Services Purchaser<br><br>Auto Renewal | NursePro<br>PO Box 549 20 S. Main Street Brunson<br>Dellslow, WV, 26531 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | **State what the contract or lease is for and the nature of the debtor's interest** Elevator Service Purchaser **State the term remaining** Auto Renewal **List the contract number o any government contract** | OTIS Elevator Company 1000 Business Center DR. Savannah, GA, 31405 |
| **2.49** | **State what the contract or lease is for and the nature of the debtor's interest** Dialysis/Tablo Machines Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | Outset Medical 3052 Orchard Drive San Francisco, CA, 94134 |
| **2.50** | **State what the contract or lease is for and the nature of the debtor's interest** Medical Director - Pulmonary Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | Perkins, Michael, MD 340 Hodgson Ct. Savannah, GA, 31406 |
| **2.51** | **State what the contract or lease is for and the nature of the debtor's interest** Property Investment Management Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | SILA Realty Trust 1001 Water St. STE 800 Tampa, FL, 33602 |
| **2.52** | **State what the contract or lease is for and the nature of the debtor's interest** Healthcare Staffing Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | Prolink Columbia, SC, 29210 |
| **2.53** | **State what the contract or lease is for and the nature of the debtor's interest** Patient Transport Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | Savannah Response Medics 9 White Pine Court Savannah, GA, 31406 |
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** Healthcare Staffing Purchaser **State the term remaining** Auto Renewal **List the contract number of any government contract** | Shiftmed 7925 Jones Branch Dr Suite 1100 McLean, VA, 22102 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Pulmonary Coverage Purchaser | South East Lung & Critical Care Specialist, PC Savannah, GA, 31406 |
| | State the term remaining | Auto Renewal | |
| | List the contract number o any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Echocardiography Services Purchaser | Stafford, Chastity 303 Cone St. Rincon, GA, 31326 |
| | State the term remaining | 297 Days | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Purchaser | Supplemental Staffing 5333 Southwyck Blvd Toledo, OH, 43614 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Purchaser | Suwanee Medical Staffing 15 E Montgomery Cross Rd Suite 204 Savannah, GA, 31406 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Patient Transport Purchaser | United EMS 6069 Ogeechee Rd Savannah, GA, 31419 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Healthcare Staffing Purchaser | Upright Healthcare Workforce 2330 Scenic Hwy. S STE 652 Snellville, GA, 30078 |
| | State the term remaining | Auto Renewal | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Ultrasound Services Purchaser | Valdez, Desiree 444 Keller Rd Savannah, GA, 31419 |
| | State the term remaining | 297 Days | |
| | List the contract number of any government contract | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number o any government contract** | Satellite TV Purchaser <br><br> 844 Days | Velocity <br> 7130 Spring Meadows Drive <br> Holland, OH, 43528 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Medical Director - Cardiology Purchaser <br><br> Auto Renewal | Cardiology Associates of Savannah <br> 11700 Mercy Blvd, Plaza D <br> Bldg 6 <br> Savannah, GA, 31419 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Pest control Purchaser <br><br> Auto Renewal | Yates ASTRO Pest Control <br> 1030 Lynes AVE <br> PO BOX 23313 <br> Savannah, GA, 31403 |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Healthcare Staffing Purchaser <br><br> Auto Renewal | YP Healthcare Solutions <br> 600 Park Offices Drive <br> Suite 300 <br> Durham, NC, 27709 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Insurance Contract Agent | Humana <br> PO Box 14601 <br> Lexington, KY, 40512 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Insurance Contract Agent | One Call <br> 841 Prudential Drive <br> Suite 204 <br> Jacksonville, FL, 32207 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Insurance Contract Agent | Aetna <br> PO Box 981106 <br> El Paso, TX, 79998 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Insurance Contract Agent | Caresource of Georgia<br>600 Galleria Pkwy SE<br>Suite 400<br>Atlanta, GA, 30339 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | Cigna<br>PO Box 182223<br>Chattanooga, TN, 37422 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | Wellcare<br>113 South 11th Street<br>Suite 200<br>Saint Louis, MO, 63102 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | Ambetter By Home State Health Plan<br>11720 Borman Drive<br>Saint Louis, MO, 63146 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | BCBS of Missouri<br>PO Box 105187<br>Atlanta, GA, 30348 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | Paradigm Specialty Network<br>4890 W Kennedy Blvd<br>Suite 650<br>Tampa, FL, 33609 |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Insurance Contract Agent | Peach State Health Plan<br>1100 Circle 75 Parkway<br>Suite 1100<br>Atlanta, GA, 30339 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Prime Health Services 7110 Crossroads Blvd Suite 100 Brentwood, TN, 37027 |
| | **State the term remaining** | | |
| | **List the contract number o any government contract** | | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Tricare East Region PO Box 7981 Madison, WI, 53707 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Centurion of Georgia PO Box 9693 Arnold, MD, 21012 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Multiplan 115 5th Avenue New York, NY, 10003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Three Rivers Provider Network 1620 Fifth Avenue Suite 900 San Diego, CA, 92101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | VA CCN Optum PO Box 202117 Florence, SC, 29502 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Contract Agent | Clover Health Po Box 981704 El Paso, TX, 79998 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number o any government contract** | Insurance Contract Agent | Mitchel Nhq Prompt Pay<br>110 Theory<br>Irvine, CA, 92617 |
| 2.84 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Novanet, Inc<br>3500 Parkway Lane<br>Suite 440<br>Norcross, GA, 30092 |
| 2.85 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Corvel Work Comp<br>PO Box 12250<br>Shawnee Mission, KS, 66282 |
| 2.86 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Georgia Medicaid<br>PO Box 105202<br>Tucker, GA, 30085 |
| 2.87 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Palmetto Gba<br>17 Technology Circle<br>Columbia, SC, 29203 |
| 2.88 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | Atrium Health<br>777 Hemlock Street MSC 129<br>Macon, GA, 31201 |
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Insurance Contract Agent | United Health Care<br>PO Box 740800<br>Atlanta, GA, 30374 |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (*if known*) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | PPO Agreement<br>Purchaser<br><br>Auto Renewal | ADP TotalSource<br>1 Penn Plz<br>New York, NY, 10199 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | PPO Agreement<br>Purchaser<br><br>Auto Renewal |
| | | ADP TotalSource<br>1 Penn Plz<br>New York, NY, 10199 |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Management Service Agreements<br>Purchaser |
| | | LANDMARK MANAGEMENT SERVICES OF FLORIDA, LLC<br>8171 BAY COLONY DRIVE<br>Unit 902<br>NAPLES, FL, 34108 |
| **2.___** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.___** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.___** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.___** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |
| **2.___** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |
| Debtor name  Landmark Hospital of Savannah, LLC |
| United States Bankruptcy Court for the:  Middle District of Florida |
| Case number (If known):  2:25-bk-00404 |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Landmark Management Services of Florida, LLC | 5153 Bluebonnet Suite B Baton Rouge, LA 70809 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.2 Landmark Hospital of Columbia, LLC | 604 Old HWY 63N. Columbia, MO 65201 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.3 Landmark Hospital of Joplin, LLC | 2040 West 32nd St. Joplin, MO 64804 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.4 Landmark Hospital of Cape Girardeau, LLC | 3255 Independence St. Cape Girardeau, MO 63701 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.5 Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Road Suite 108-564 Naples, FL 34109 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.6 Landmark Rehabilitation Hospital of Columbia, LLC | 604 Old HWY 63N. Columbia, MO 65201 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* 2:25-bk-00404 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Landmark Hospital of Athens, LLC | 775 Sunset Drive Athens, GA 30606 | Amerant Bank, N.A. | ☑ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name _Landmark Hospital of Savannah, LLC_

United States Bankruptcy Court for the: _Middle District of Florida_

Case number (*If known*): _____2:25-bk-00404_____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _04/22/2025_        ✖ /s/ M. Bryan Day
　　　　　　　MM / DD / YYYY       Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　M. Bryan Day
　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　CEO
　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Landmark Hospital of Savannah, LLC___

United States Bankruptcy Court for the:  Middle District of Florida

Case number (If known):  ___2:25-bk-00404___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 10,435,260.33 |
| **For prior year:** | From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 46,102,809.00 |
| **For the year before that:** | From 01/01/2023 to 12/31/2023<br>MM / DD / YYYY     MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 41,943,500.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2025 to Filing date<br>MM / DD / YYYY | Interest Income | $ 607.00 |
| **For prior year:** | From 01/01/2024 to 12/31/2024<br>MM / DD / YYYY     MM / DD / YYYY | Interest Income | 16,831.00 |
| **For the year before that:** | From 01/01/2023 to 12/31/2023<br>MM / DD / YYYY     MM / DD / YYYY | Interest Income | 148,234.00 |

Debtor    Landmark Hospital of Savannah, LLC
_____
Name                                    Case number (if known) 2:25-bk-00404
_____

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Exhibit - Item 3<br>Creditor's name | | $ 5,569,039.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ | |
| | **Relationship to debtor**<br>_____ | | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|--------|-------------------------------------|--------------------------|----------------|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|-----|------------------------------|------------------------------|------|-------------------|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|
| _____ Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|-------------|-----------------------------------|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-------------------------------------|-----------------|
| 7.1. | Ouida Fry v. Landmark Hospital of Savannah, LLC; et al. | Medical malpractice | State Court of Chatham County, Georgia | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | 133 Montgomery Street Savannah, GA 31401 | |
| | _____ | | | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |
| | _____ | | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* 2:25-bk-00404 |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

---

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor     Landmark Hospital of Savannah, LLC
_____
Name                                                  Case number (if known) 2:25-bk-00404
_____

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |
| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Landmark Hospital of Savannah, LLC
          _____    Case number (if known)  2:25-bk-00404
          Name                                                                _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Landmark Hospital of Savannah, LLC
_____
Name

Case number (if known) 2:25-bk-00404
_____

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☑ diagnosing or treating injury, deformity, or disease, or

☑ providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Landmark Hospital of Savannah, LLC<br>_____<br>Facility name<br><br>800 E 68th St.<br>Savannah, GA 31405 | Long-term acute care and other healthcare services. | 35<br>_____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>800 E 68th St. Savannah, GA 31405 | **How are records kept?**<br><br>*Check all that apply:*<br>☑ Electronically<br>☑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Medical Records Information, Social Security Number, Date of Birth, etc.

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Landmark Hospital of Savannah, LLC
_____
Name

Case number *(if known)* 2:25-bk-00404
_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | Landmark Hospital of Savannah, LLC | Case number *(if known)* | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Mary David, Accounting Manager<br>Name<br>3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2022<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Tracy LaRose, CFO<br>Name<br>3255 Independence St., Cape Girardeau, MO 63701 | From 01/01/2020<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Miller & Company LLP<br>Name<br>2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | From 01/01/2021<br><br>To 12/31/2024 |

| Name and address | Dates of service |
|---|---|
| **26b.2.**<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Miller & Company LLP<br>Name<br>2831 Ringling Boulevard Suite 204-B, Sarasota, FL 34237 | |

Debtor    Landmark Hospital of Savannah, LLC
          _____
          Name

Case number *(if known)* 2:25-bk-00404
                          _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Tracy LaRose, CFO
          _____
          Name
          3255 Independence St., Cape Girardeau, MO 63701

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    SILA
          _____
          Name
          P.O. Box 714500, Cincinnati, OH 45271-1500

| Name and address |
|---|

26d.2.    Ventas
          _____
          Name
          300 North LaSalle Street, Chicago, IL 60654

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Denise Wayne | 02/28/2025 | $ 50,008.52 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    Denise Wayne
         _____
         Name
         800 E 68th St.
         Savannah, GA 31405

| Debtor | Landmark Hospital of Savannah, LLC | Case number (if known) | 2:25-bk-00404 |
|---|---|---|---|
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Denise Wayne | 03/31/2025 | $41,161.40 |

**Name and address of the person who has possession of inventory records**

27.2.  Denise Wayne
Name
800 E 68th St.
Savannah, GA 31205

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Landmark Holdings of Florida, LLC | 2430 Vanderbilt Beach Rd. Suite 108-154, Naples, FL 34109 | Shareholder, 99% | 99 |
| Dr. William Kapp | 8171 Bay Colony Dr. #902, Naples, FL 34108 | Chairman of the Board | |
| M. Bryan Day | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Craig Boudreaux | 5153 Bluebonnet Suite B, Baton Rouge, LA 70809 | Officer | |
| Tracy LaRose | 3255 Independence St., Cape Girardeau, MO 63701 | Officer | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | | | |
| Name | | | |
| | | | |
| | | | |
| Relationship to debtor | | | |
| _____ | | | |

Debtor    Landmark Hospital of Savannah, LLC                 Case number *(if known)* 2:25-bk-00404
_____
Name

|  | **Name and address of recipient** | | |
|---|---|---|---|
| 30.2 | _____ | | _____ |
| | Name | | _____ |
| | | | _____ |
| | | | _____ |
| | **Relationship to debtor** | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/22/2025
             MM / DD / YYYY

✖ /s/ M. Bryan Day _____    Printed name   M. Bryan Day _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name  Landmark Hospital of Savannah, LLC

Case number *(if known)* 2:25-bk-00404

## Continuation Sheet for Official Form 207

**17) Pension Contributions**

**Landmark 401(k) Plan        35-2498003**

**26a) Bookkeepers**

**Andrew Goodman,        3255 Independence        01/01/2014
Director of        St., Cape
Accounting &        Girardeau, MO 63701
Treasury**

**26c) Records keepers**

**Van-De-Ven LLC, Tax        1020 North Kingshighway
Preparer        Suite D, Cape Girardeau,
          MO 63701**

**26d) Creditors**

**Amerant Bank        220 Alhambra Cir., Coral Gables, FL
          33134**

**Exhibit - Item 3**
**SOFA Part 2, Question 3**
**Landmark Hospital of Savannah, LLC**

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 12/17/24 | $ 5,465.96 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 01/02/25 | $ 4,452.89 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 01/02/25 | $ 182.75 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 01/15/25 | $ 5,465.96 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 02/03/25 | $ 182.75 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 02/03/25 | $ 4,452.89 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 02/18/25 | $ 5,465.96 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 03/03/25 | $ 4,452.89 |
| Landmark Hospital of Savannah, LLC | Alliance Funding | 17542 17TH ST STE 200 | Tustin | CA | 92780 | Suppliers or vendors | 03/03/25 | $ 182.75 |
| Landmark Hospital of Savannah, LLC | Georgia Power | 96 ANNEX | ATLANTA | GA | 30396-0001 | Suppliers or vendors | 02/07/25 | $ 13,037.51 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/10/24 | $ 45,773.82 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/12/24 | $ 147.24 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/12/24 | $ 230,000.00 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/13/24 | $ 73.62 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/13/24 | $ 4,543.84 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/16/24 | $ 30.38 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 997.64 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 21,639.18 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/17/24 | $ 205,234.92 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/19/24 | $ 630,723.16 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/19/24 | $ 817.28 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/23/24 | $ 37.09 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/26/24 | $ 13,081.69 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/26/24 | $ 222,668.81 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/27/24 | $ 4,610.17 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 12/30/24 | $ 472.29 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/02/25 | $ 204,517.55 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/02/25 | $ 73.62 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/02/25 | $ 126,749.66 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/09/25 | $ 127,712.07 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 137,477.72 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/10/25 | $ 5,988.59 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 353,770.87 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 21.90 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/16/25 | $ 45,803.38 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/22/25 | $ 182,776.11 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 67,872.19 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 87,965.42 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/23/25 | $ 50,286.12 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/24/25 | $ 6,242.25 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/24/25 | $ 45,606.23 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/27/25 | $ 46,128.19 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/30/25 | $ 207,711.37 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/30/25 | $ 305,926.66 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 01/31/25 | $ 33,142.91 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/03/25 | $ 601.71 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/06/25 | $ 239,393.51 |

| Debtor Name | Creditor Name | Address1 | City | State | Zip | Reasons for payment or transfer | Dates of Payments | Total Amount or value |
|---|---|---|---|---|---|---|---|---|
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/07/25 | $ 6,448.29 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/13/25 | $ 506,224.82 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/18/25 | $ 989.34 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/20/25 | $ 222,517.52 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/21/25 | $ 135,544.60 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/21/25 | $ 5,606.82 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 02/27/25 | $ 7,442.11 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/03/25 | $ 431.43 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/05/25 | $ 219,731.79 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/05/25 | $ 400,000.00 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 245,453.75 |
| Landmark Hospital of Savannah, LLC | Landmark Management Services of Florida, LLC | 3255 Independence St. | Cape Girardeau | MO | 63701 | Intercompany | 03/07/25 | $ 5,694.68 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/01/25 | $ 1,140.28 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/01/25 | $ 1,483.22 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 3,824.05 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 3,761.62 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 3,870.28 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 720.36 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 843.88 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 1,544.95 |
| Landmark Hospital of Savannah, LLC | Lowcountry Medical Response | 127 Country Walk Circle | Savannah | GA | 31419 | Suppliers or vendors | 01/17/25 | $ 4,770.98 |
| Landmark Hospital of Savannah, LLC | LRS Healthcare LLC | 2655 Northwinds Parkway | Alpharetta | GA | 30009 | Suppliers or vendors | 02/07/25 | $ 13,688.63 |
| Landmark Hospital of Savannah, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 01/06/25 | $ 4,408.32 |
| Landmark Hospital of Savannah, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 02/05/25 | $ 4,408.32 |
| Landmark Hospital of Savannah, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 03/05/25 | $ 6,701.82 |
| Landmark Hospital of Savannah, LLC | Med One Equipment Rental | 10712 South 1300 E | Sandy | UT | 84094 | Suppliers or vendors | 03/05/25 | $ 4,408.32 |
| Landmark Hospital of Savannah, LLC | Southeast Lung Associates | PO BOX 15119 | SAVANNAH | GA | 31416 | Suppliers or vendors | 02/18/25 | $ 7,750.00 |
| Landmark Hospital of Savannah, LLC | Southeast Lung Associates | PO BOX 15119 | SAVANNAH | GA | 31416 | Suppliers or vendors | 03/05/25 | $ 7,500.00 |
| Landmark Hospital of Savannah, LLC | St Josephs/Candler Health | Greg Schaak 5353 Reynolds Street | Savannah | GA | 31405 | Suppliers or vendors | 02/10/25 | $ 42,168.00 |
| **Total** | | | | | | | | **$5,569,039.65** |